**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **CALVIN D. JONES, JR.,** <br> **# 19493-076** <br><br>     **Plaintiff,** <br><br> **v.** <br><br> **FEDERAL BUREAU OF PRISONS,** <br><br>     **Defendant.** | **CIVIL ACTION NO. 5:09-cv-216-DCB-MTP** |

## ORDER

Upon *ex parte* motion of the Defendant, Federal Bureau of Prisons, for an order filing *in camera* and placing under seal the Presentence Investigation Report (PSR or PSI) to be filed as Exhibit #4 to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and the instant Motion of the Defendant and this Order to be filed under seal, and not serving the PSR or the instant subject motion and order on the Plaintiff or any other person, the Court hereby grants in part and denies in part the motion as set forth below.

IT IS ORDERED that the aforesaid Presentence Investigation be filed *in camera*, placed under seal, and not served on the Plaintiff or any other person, unless otherwise ordered by this Court. The PSR shall be referenced as Exhibit #4 to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. The instant Motion of the Defendant, as well as this Order, shall not be filed under seal, and shall be served on the Plaintiff.

SO ORDERED this the 24th day of May, 2010.

                                                s/ Michael T. Parker
                                              United States Magistrate Judge